# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**LESHAUNDRA MONTGOMERY**                                                    **PLAINTIFF**

vs.                                                     CIVIL ACTION NO.  3:15CV-297-CRS

**LVNV FUNDING, LLC**                                                          **DEFENDANT**

## ORDER

Counsel for Plaintiff having filed a Notice of Voluntary Dismissal (DN 5), no answer or other responsive pleading having been filed on behalf of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with prejudice.

Dated: August 10, 2015

　　　　　　　　　　　　　　　　　　　　　　Charles R. Simpson III, Senior Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc:  Counsel of Record